IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:09-CR-00146-H

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| v. | ) | |
| | ) | ORDER |
| COREY ANTWAN MIAL, | ) | |
| | ) | |
| Defendant. | ) | |

This matter is before the court on defendant's Motion For Modification of Fine filed February 10, 2012. During the term of incarceration, payment of all fines is determined by the rules of the Inmate Financial Responsibility Program, a program run solely by the Bureau of Prisons. The court has no authority to set or adjust the amount of repayment of said fines during incarceration; therefore, defendant's motion [DE #57] is hereby DENIED.

This 15th day of February, 2012.

MALCOLM J. HOWARD
Senior United States District Judge

At Greenville, N.C.
#26